

ATTachment
A
Supervisor
[Cameron may]



**Employee** - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Department of Insurance, Division of Workers' Compensation (DWC) and may be entitled to certain medical and income benefits. For further information call DWC at 800-252-7031

**Empleado** - Es requerido que usted reporte su lesión a su empleador dentro de 30 días si es que su empleador cuenta con un seguro de compensación para trabajadores. Usted tiene derecho a recibir asistencia gratuita por parte del Departamento de Seguros de Texas, División de Compensación para Trabajadores (DWC), y es posible que tenga derecho a recibir ciertos beneficios médicos y de ingresos. Para obtener más información llame a DWC al 800-252-7031.

**DWC073**

# Texas Workers' Compensation Work Status Report

## I. GENERAL INFORMATION

**Date Sent** (for transmission purposes only): 7/29/2024

| | | |
|---|---|---|
| **1. Injured Employee's Name**<br>James Green | **5a. Doctor's/Delegating Doctor's Name and Degree**<br>Nilima Rai, M.D. | **5b. PA / APRN Name** (if completing form)<br>William Francis, NP |

| | | |
|---|---|---|
| **2. Date of Injury**<br>7/29/2024 | **3. Social Security Number** (last four) XXX-XX-0458 | **6. Facility Name**<br>Houston East | **9. Employer's Name**<br>Republic Services /Houston Container Maint. Shop/# |

**4. Employee's Description of Injury/Accident**
Patient states he was repeatedly hitting a container with a sledge hammer when he felt pain in his back and fell down. Patient has pain in his upper and lower back, left knee, and his right hand.

**7. Facility/Doctor Phone and Fax Numbers**
p: 713-453-7788  f:713-453-3424

**8. Facility/Doctor Address** (Street, City, State, ZIP Code)
Nova Medical Centers - Houston East
13469 I-10 East
Houston TX, 77015

**10. Employer's Fax Number or Email Address** (if known) 713-671-1572

**11. Insurance Carrier**
CCMSI

**12. Carrier's Fax Number or Email Address** (if known)
na

## II. WORK STATUS INFORMATION (Fully complete one box including estimated dates, and a description in 13c, if applicable)

**13. The injured employee's medical condition resulting from the workers' compensation injury:**

☐ a) will allow the employee **to return to work** as of _____ without **restrictions**; OR

☑ b) will allow the employee **to return to work** as of 7/29/2024 with **the restrictions** identified in PART III, which are expected to last through 8/6/2024 ; OR

☐ c) has prevented and still prevents the employee **from returning to work** as of _____ and is expected to continue through _____. The following describes how this injury **prevents the employee from returning to work:**

## III. ACTIVITY RESTRICTIONS (Only complete if box 13b is checked)

**14. Posture Restrictions** (if any):

| Max hours per day | 0 2 4 6 8 | Other: |
|---|---|---|
| Standing | ☐☐☐☐☐ | |
| Sitting | ☐☐☐☐☐ | |
| Kneeling/squatting | ☐☐☐☐☐ | 1 |
| Bending/stooping | ☐☐☐☐☐ | 1 |
| Pushing/pulling | ☐☐☐☐☐ | 1 |
| Twisting | ☐☐☐☐☐ | 1 |
| Other: | | |

**17. Motion Restrictions** (if any):

| Max hours per day | 0 2 4 6 8 | Other: |
|---|---|---|
| Walking | ☐☐☐☐☐ | |
| Climbing stairs/ladders | ☐☐☐☐☐ | 00 |
| Grasping/squeezing | ☐☐☐☐☐ | 1 |
| Wrist flexion/extension | ☐☐☐☐☐ | |
| Reaching | ☐☐☐☐☐ | |
| Overhead reaching | ☐☐☐☐☐ | |
| Keyboarding | ☐☐☐☐☐ | |
| Other: | | |

**19. Misc. Restrictions** (if any):
☐ Max hours per day of work:
☐ Sit/stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No skin contact with:
☐ No running
☐ Dressing changes necessary at work

**15. Restrictions Specific To** (if applicable):
☐ Left hand/wrist    ☐ Left leg
☑ Right hand/wrist   ☐ Right leg
☐ Left arm           ☑ Back
☐ Right arm          ☐ Left foot/ankle
☐ Neck               ☐ Right foot/ankle
Other: left knee

**18. Lift/Carry Restrictions** (if any):
☑ May not lift/carry objects more than 10 lbs. for more than 8 hours per day.
☐ May not perform any lifting/carrying.
Other:

☐ No work / _____ hours/day work:
☐ in extreme hot/cold environments
☐ at heights or on scaffolding
☐ Must keep_____
☐ elevated  ☐ clean & dry

**16. Other Restrictions** (if any)
no grasping with right hand, no climbing ladders stairs are ok.

**20. Medication Restrictions** (if any):
☑ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☑ Medication may make drowsy (possible safety/driving issues)

## IV: TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

**21. Work Injury Diagnosis Information:**
Sprain of ligaments of thoracic spine, initial encounter S23.3XXA
Sprain of ligaments of lumbar spine, initial encounter S33.5XXA
Muscle spasm of back M62.830
Contusion of RIGHT hand, initial encounter S60.221A
Sprain of lateral collateral ligament of LEFT knee, initial encounter S83.422A
Contusion of LEFT knee, initial encounter S80.02XA
Pain in RIGHT hand M79.641
Pain in LEFT knee M25.562

**22. Expected Follow-up Services Include:**
☑ Evaluation by the treating doctor on 8/6/2024 at 11:00AM
☐ Referral to/consult with _____ on _____ at _____
☐ Physical medicine _____ X per week for _____ weeks starting on _____ at _____
☐ Special studies (list): _____ on _____ at _____
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

Next Appt(s): MD 08/06/24 11:00 AM

| Date /Time of Visit:<br>7/29/2024/1:35 PM | Employee's Signature | Visit Type:<br>☑ Initial<br>☐ Follow-up | Role of Health Care Practitioner:<br>☐ Treating doctor  ☐ Consulting doctor  ☐ Designated doctor<br>☐ Referral doctor  ☐ PA<br>☐ RME doctor  ☑ APRN  ☐ Other doctor |
|---|---|---|---|
| Discharge Time:<br>2:39 PM | Health Care Practitioner's Signature / License #<br>1019604 | | |

ATTachment B.

  Powered By **Proprietary Nova Software**

**Easy-Script**

Company: **Republic Services /Houston Container**
**Maint. Shop/#498**
Company Phone: **832-309-8414**
Patient Name: **James Green**
Patient Phone: **832-272-9390**

Claim Number:
Date: **07/29/2024**
Date of Injury: **07/29/2024**

Diagnosis: **Sprain of ligaments of thoracic spine, initial encounter S23.3XXA**
**Sprain of ligaments of lumbar spine, initial encounter S33.5XXA**
**Muscle spasm of back M62.830**
**Contusion of RIGHT hand, initial encounter S60.221A**
**Sprain of lateral collateral ligament of LEFT knee, initial encounter S83.422A**
**Contusion of LEFT knee, initial encounter S80.02XA**

Subjective Complaints (what patient states):
Patient injured upper and lower back with pain level 8/10, left knee 6/10, and right hand 8/10.
**Hand:** Patient presents to the clinic for a: Right hand complaint.
**RIGHT:** .
**Thoracic Spine:** Patient presents for initial visit. Decreased range of motion is reported in all planes. Patient reports a pain level of (Visual Analog Scale) 8. Radiating pain: No. Numbness and tingling is reported: No. Pain increases with inspiration: No. Shortness of breath is reported: No.
**Lumbar Spine:** Patient presents for initial visit. Decreased range of motion is reported in all planes. Patient reports a pain level of (Visual Analog Scale) 8. Pain radiates to leg(s): None. Numbness and tingling in lower extremity(ies) is reported: None. Lower extremity weakness: None. Loss of bowel/bladder control: No. Saddle anesthesia reported: No.
**Knee:** Patient presents to the clinic for a: Left knee complaint.
**LEFT:** .

**Reviewed Family Medical History, Past Medical History, Review of Systems, and Social History from intake form and/or the patient.**

Exam/Results:
**Physical: Blood pressure 144 / 98. Pulse 58. Respiratory rate 16. Height (inches) 68. Weight (lbs) 200. BMI: 30.4, BSA (m²): 2.09. Age 66.**

**General:** Alert and oriented to time, place, and person: Yes. Affect normal. Gait antalgic. Distress no apparent. Patient appears anxious: No. Well developed: Yes. Well nutritioned: Yes.
**Head and Neck:** Range of motion normal. Normo-cephalic and non-traumatic: Yes. Exam of the neck normal. Exam of thyroid normal.
**Extremities:** Extremities edema or variocosities: Yes.
**Thoracic Spine:** Lungs are clear to auscultation bilateral: Yes. Inspection no obvious deformities. Kyphosis normal. Scoliosis: No. Range of motion flexion decreased. Extension decreased. Rotation decreased: Bilateral. Muscle spasm right sided. Tenderness right sided. Gait normal: No.
**Lumbar Spine:** Decreased range of motion in all planes. Side bending decreased bilateral. Rotation decreased bilateral. Inspection no obvious deformities. Range of motion flexion decreased. Extension decreased. Rotation decreased. Muscle spasm along the paraspinal muscle right sided.
**Lower extremities:** Range of motion decreased range of motion in all planes. Vascular intact: Yes. Deep tendon reflexes normal. Sensation normal. Muscle strength normal. Special testing sitting SLR right negative. Sitting SLR left negative.

Billing Procedures

**Employer #:** ALL52                **NON-SUBSCRIBER**                **Emp Ins Code:** 0Y3M4

Ins/TPA: CCMSI
N/A
Phone: na/ Fax: na
Ins Code: CCM22
Emp Guarantor#: ALL00040
Price Code: Z

Services

Injury Care

| Type | Name | Phone | Fax | Email |
|------|------|-------|-----|-------|
| Primary | Charlie Walker | 832-309-8414 | 713-671-1572 | charles.walker@awin.com |
| Primary | Injury Case Manager | 855-517-6872 X4 | 219-228-7445 | injurymgt@1source365.com |
| Secondary | Jeanne McElroy | 855-517-6872 X4202 | 219-228-7445 | jmcelroy@1source365.com |
| Secondary | Mitch Noto | 832-309-8363 | 713-675-3660 | mitch.noto@awin.com |
| Tertiary | Resource Administration | 855-517-6872 X5 | 219-228-4794 | resource@1source365.com |
| Tertiary | Jessica Rosenzweig | 215-523-8882 | 215-575-9241 | jessica.rosenzweig@concorde2000.com |
| Tertiary | Regulatory Compliance | 855-517-6872 X7 | 219-228-8852 | compliance@1source365.com |
| Additional | Accounts Payable | 855-517-6872 X2 | 219-228-8852 | accounting@1source365.com |
| Additional | Maria Mosqueda | 713-636-6312 | 713-636-6375 | mmosqueda@republicservices.com |
| Additional | Samantha Noncent | (855) 517-6872 x5105 | (219) 228-8852 | snoncent@1source365.com |
| Additional | Natalie Armentani | 215-587-8277 | 215-575-9241 | natalie@concorde2000.com |
| Additional | Maria Carter | 832-256-0500 | na | mcarter2@republicservices.com |

## Physical Therapy Evaluation and Treat
## TIW (three times week) for 2 weeks / 6 visits
## Goals: Essential Functions, Functional Improvement, Home Exercise Program
## Diagnosis: Sprain of ligaments of thoracic spine, initial encounter S23.3XXA, Sprain of ligaments of lumbar spine, initial encounter S33.5XXA, Muscle spasm of back M62.830, Contusion of RIGHT hand, initial encounter S60.221A, Sprain of lateral collateral ligament of LEFT knee, initial encounter S83.422A, Contusion of LEFT knee, initial encounter S80.02XA

Weekly frequency and prescription duration may vary to allow for completion of the total prescribed visits.

Statement of Medical Necessity: I deem that the above prescribed treatment is medically necessary.

William Francis, NP for   Nilima Rai, M.D.

**Republic Services (Houston, TX)**
8101 Little York Rd. Houston, TX 77016
Phone: 713-636-6340

# Offer of Alternative Modified Work

8/16/2024

Sent by Delivery Confirmation: 9400109105156089289591

*James Green*
*5100 Barbers Hill Rd.*
*Baytown, TX 77521*

RE:    **Claim Number:** 24388M240530
       **Date of Injury:** 7/29/2024
       **Employer:** Republic Services (Houston, TX)

Dear James Green:
Republic Services (Houston, TX) is committed to helping you transition back to work. Using the guidelines provided by your doctor, a temporary alternative modified duty opportunity has been identified for you.

As part of its return-to-work program, Republic Services (Houston, TX) provides employees with temporary opportunities in the local community to perform modified duty work for nonprofit organizations. **Your opportunity through the Transition2Work® program is provided through Southeast Area Ministries Thrift Store (South Houston, TX), a local nonprofit agency located at 2006 Houston Blvd. South Houston, TX 77587.** You will report to Jill Strong. The details of your temporary opportunity are listed below.

**Temporary Work Assignment Details:**
- **Introductory Meeting Date & Time:** Tuesday, August 20, 2024 10:00 AM. At this time, you will meet with Jill Strong to discuss the opportunity, confirm your schedule, and answer any questions you may have regarding your duties. Be sure to bring this letter with you. If you need to call the nonprofit, they can be reached at 713-944-7405. **You can ask for the manager when you arrive, they will be expecting you. There is available parking onsite.**
- **Start Date:** Your opportunity will begin on Tuesday, August 20, 2024 10:30 AM
- **Schedule** (includes a 30-minute lunch break daily):

*Attachment*

*page 1*

| Day | Start Time | End Time |
|---|---|---|
| Sunday | OFF | |
| Monday | OFF | |
| Tuesday | 9:30 AM | 4:30 PM |
| Wednesday | 9:30 AM | 4:30 PM |
| Thursday | 9:30 AM | 4:30 PM |
| Friday | 9:30 AM | 4:30 PM |
| Saturday | 9:30 AM | 4:30 PM |

**You must clock in and out for meal breaks according to Republic Services (Houston, TX) company policy and/or state requirements. If you leave the premises, you MUST use the system to clock in and out for this period.**

*Nora Hodges 713-875-2372*

- **Assignment:** Facility Assistant – all assigned duties will be within the restrictions of no climbing stairs or ladders, kneeling, squatting, bending, stooping, pushing, pulling, or grasping or squeezing with the right hand for more than 1 hour. May not lift or carry objects more than 10 lbs. Avoid ladders and use of the right hand. Your assigned duties will be as follows:
    - Frequently answering phones, routing calls, and taking messages
    - Frequently sorting donations such as clothing, accessories, shoes, jewelry, and small housewares
    - Frequently pricing donations such as clothing, accessories, shoes, jewelry, and small housewares
  Breaks may be taken as needed. Other duties may be assigned as needed, within physical restrictions stated above.
- **Wages:** Your hourly pay is $23.73 For questions regarding Workers' Compensation benefits, please contact your adjuster.
- **Dress Code:** Casual attire: jeans allowed, no low-cut or midriff tops, neat and clean appearance, and no offensive logos or graphics. Closed-toe shoes are required.

**Keeping Track of Your Time for Payment of Wages:**
**It is your responsibility to document an accurate record of your hours worked to your employer in order to receive your wages. To receive your pay while participating in this opportunity, you MUST follow the enclosed instructions:**
- You must clock in and out at the nonprofit facility utilizing the REALtime® online time tracking system in a browser on a computer or mobile device connected to the internet.
- To record an accurate time punch you must enable geolocation/GPS tracking in your browser. Should you need to enable these settings, a link will be included on the time punch page.
- *Please note: The use of your personal cell phone or mobile device for time tracking purposes is optional.*
- The website address, REALtime ID, Assignment ID, and instructions for using the online time tracking system are enclosed.
- Please make sure you record all hours worked at all times.

*IMPORTANT: IT IS YOUR RESPONSIBILITY TO PROVIDE AN ACCURATE RECORD OF THE HOURS WORKED BY USING THE ONLINE TIME TRACKING SYSTEM. Republic Services (Houston, TX) WILL HAVE ACCESS TO THESE TIME RECORDS FOR PAYROLL AND WILL ONLY ACCEPT YOUR TIME RECORDS FOLLOWING THIS PROCESS.*

All Republic Services (Houston, TX) company policies and guidelines must be adhered to while participating in this Transition2Work® opportunity. Please see the enclosed employee acknowledgement that must be signed and forwarded to your employer.

If you have to be late or absent for any reason, you must call the following individuals:
- Your nonprofit point of contact: Jill Strong, 713-944-7405
- Your employer: Nora Hodges, 713-875-2372

As you continue to recover, we will work with you and your treating physician to adapt your duties, so you can progress as quickly as possible toward full release to your regular job. Please let us know if at any point during this opportunity your physician allows you to return to work without restrictions.

If you have any questions about this opportunity, please contact me at 713-875-2372 prior to your scheduled introductory meeting or start date.

Sincerely,
Nora Hodges, Republic Services (Houston, TX)
CC: Paula Arnett, CCMSI (AZ)
Enclosures

 page 2

# Employee Acknowledgement

**Employee Name:** James Green
**Date of Injury:** 7/29/2024
**Employer:** Republic Services (Houston, TX)
**Claim Number:** 24388M240530
**Date:** 8/16/2024
**Schedule** (includes a 30-minute lunch break daily):

**Nonprofit:** Southeast Area Ministries Thrift Store (South Houston, TX)
**Nonprofit Point of Contact:** Jill Strong
**Nonprofit Phone Number:** 713-944-7405

| Day | Start Time | End Time |
|---|---|---|
| Sunday | OFF | |
| Monday | OFF | |
| Tuesday | 9:30 AM | 4:30 PM |
| Wednesday | 9:30 AM | 4:30 PM |
| Thursday | 9:30 AM | 4:30 PM |
| Friday | 9:30 AM | 4:30 PM |
| Saturday | 9:30 AM | 4:30 PM |

You must clock in and out for meal breaks according to Republic Services (Houston, TX) company policy and/or state requirements. If you leave the premises, you MUST use the system to clock in and out for this period.

*Do not exceed the number of hours assigned per week.*

"I, James Green, understand that I remain an employee of Republic Services (Houston, TX) while performing alternative modified duty with Southeast Area Ministries Thrift Store (South Houston, TX).

This opportunity is temporary and will not result in employment with Southeast Area Ministries Thrift Store (South Houston, TX). While participating in the opportunity, I will continue to be covered under Republic Services (Houston, TX) Workers' Compensation program and agree to comply with my employer's policies, including but not limited to attendance and HR policies. I will document actual hours worked by using the REALtime® online time tracking system to clock in and out at the nonprofit facility each time I begin or end a shift. I understand I must enable geolocation/GPS tracking in the browser for an accurate time punch. I understand the use of my personal cell phone or mobile device for time tracking purposes is optional.

*I agree to report for alternative modified duty according to the schedule referenced above.*
I will follow all guidelines and expectations related to my alternative modified duty. I will abide by my employer's meal break policy and/or state or local requirements related to breaks and meal periods. I will not exceed the number of hours assigned per week. If I cannot participate on a given day, I will call the nonprofit point of contact and my employer at least one hour prior to the start time. I will not perform duties outside of or inconsistent with my physical restrictions as outlined by my medical provider, nor will I work offsite or perform driving duties without prior written approval from my employer."

Employee: _James Green_ Date: _9-20-24_

Nonprofit Point of Contact: _Jill Strong_ Date: _____

**At the introductory meeting or on the first day of your opportunity, please sign and return this acknowledgement to Nora Hodges (Republic Services (Houston, TX)): nhodges@republicservices.com, Paula Arnett (CCMSI (AZ)): paula.arnett@ccmsi.com**

# Time Reporting Instructions

**Employee Name:** James Green
**Date of Injury:** 7/29/2024
**Employer:** Republic Services (Houston, TX)
**Claim Number:** 24388M240530

**Nonprofit:** Southeast Area Ministries Thrift Store (South Houston, TX)
**Nonprofit Point of Contact:** Jill Strong

**Schedule** includes a 30-minute lunch break daily. Do not exceed the number of hours assigned per week:

| Day | Start Time | End Time |
|---|---|---|
| Sunday | OFF | |
| Monday | OFF | |
| Tuesday | 9:30 AM | 4:30 PM |
| Wednesday | 9:30 AM | 4:30 PM |
| Thursday | 9:30 AM | 4:30 PM |
| Friday | 9:30 AM | 4:30 PM |
| Saturday | 9:30 AM | 4:30 PM |

*Meal Break Policy: You must clock in and out for meal breaks according to Republic Services (Houston, TX) company policy and/or state requirements. If you leave the premises, you MUST use the system to clock in and out for this period.*

## Utilizing the REALtime® Time Tracking System:

You must clock in and out at the nonprofit facility utilizing the REALtime online time tracking system in a browser on a computer or mobile device connected to the internet at the beginning and end of each shift.

- **Step 1:** Visit **http://www.clockinrealtime.com** **IMPORTANT: To record an accurate time punch you must enable geolocation/GPS tracking in your browser. Should you need to enable these settings, a link will be included on the time punch page.** *Please note: The use of your personal cell phone or mobile device for time tracking purposes is optional.*
- **Step 2:** Enter your 5-digit **REALtime ID: 43733**
- **Step 3:** Enter your 5-digit **Assignment ID: 60631**
- **Step 4:** To record your time punch, select the "Clock In" or "Clock Out" button that appears, based on your most recent time punch. You will receive a message stating your time has been recorded.

## To Report an Absence:

If you are unable to report as scheduled, you must contact Jill Strong at the nonprofit at least one hour prior to start time and notify your employer by calling 713-875-2372 regarding your absence.

*page #4*

## I. GENERAL INFORMATION

Date Sent (for transmission purposes only): 8/20/2024

| 1. Injured Employee's Name | 5a. Doctor's/Delegating Doctor's Name and Degree | 5b. PA / APRN Name (if completing form) |
|---|---|---|
| James Green | Nilima Rai, M.D. | William Francis, NP |

| 2. Date of Injury | 3. Social Security Number (last four) | 6. Facility Name | 9. Employer's Name |
|---|---|---|---|
| 7/29/2024 | XXX-XX-0458 | Houston East | Republic Services /Houston Container Maint. Shop/# |

| 4. Employee's Description of Injury/Accident | 7. Facility/Doctor Phone and Fax Numbers | 10. Employer's Fax Number or Email Address (if known) 713-671-1572 |
|---|---|---|
| Patient states he was repeatedly hitting a container with a sledge hammer when he felt pain in his back and fell down. Patient has pain in his upper and lower back, left knee, and his right hand. | p: 713-453-7788  f:713-453-3424 | |
| | 8. Facility/Doctor Address (Street, City, State, ZIP Code) Nova Medical Centers – Houston East 13469 I-10 East Houston TX, 77015 | 11. Insurance Carrier CCMSI |
| | | 12. Carrier's Fax Number or Email Address (if known) na |

## II. WORK STATUS INFORMATION (fully complete one box including estimated dates, and a description in 13c, if applicable)

13. The injured employee's medical condition resulting from the workers' compensation injury:

[ ] a) will allow the employee to return to work as of _____ without restrictions; OR

[✓] b) will allow the employee to return to work as of 8/20/2024 with the restrictions identified in PART III, which are expected to last through 9/3/2024 ; OR

[ ] c) has prevented and still prevents the employee from returning to work as of _____ and is expected to continue through _____. The following describes how this injury prevents the employee from returning to work:

## III. ACTIVITY RESTRICTIONS (Only complete if box 13b is checked)

| 14. Posture Restrictions (if any): | 17. Motion Restrictions (if any): | 18. Misc. Restrictions (if any): |
|---|---|---|
| Max hours per day  0 2 4 6 8 Other | Max hours per day  0 2 4 6 8 Other: | Max hours per day of work: |
| Standing | Welding | Lactation breaks of ___ per ___ |
| Sitting | Climbing stairs/ladders  1 | Must wear splint/cast at work |
| Kneeling/squatting  1 | Grasping/squeezing  1 | Must use crutches at all times |
| Bending/stooping  1 | Wrist flexion/extension | [✓] No driving/operating heavy equipment |
| Pushing/pulling  1 | Reaching | Can only drive automatic transmission |
| Twisting  1 | Overhead reaching | No skin contact with: |
| Other: | Keyboarding | No running |
| 16. Restrictions Specific To (if applicable): | Other: | Dressing changes necessary at work |
| [ ] Left hand/wrist  [✓] Left leg | | [ ] No work / _____ hours/day work: |
| [✓] Right hand/wrist  [ ] Right leg | 15. Lift/Carry Restrictions (if any): | [ ] in extreme hot/cold environments |
| [ ] Left arm  [✓] Back | [✓] May not lift/carry objects more than 10 lbs. for more than 8 hours per day. | [ ] at heights or on scaffolding |
| [ ] Right arm  [ ] Left foot/ankle | [ ] May not perform any lifting/carrying. | [ ] Must keep _____ |
| [ ] Neck  [ ] Right foot/ankle | Other: | [ ] elevated  [ ] clean & dry |
| Other: | | |

| 18. Other Restrictions (if any) avoid ladders and use of right hand | 20. Medication Restrictions (if any): [✓] Must take prescription medication(s) [ ] Advised to take over-the-counter meds [✓] Medication may make drowsy (possible safety/driving issues) |
|---|---|

Attachment D.

## IV. TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

| 21. Work Injury Diagnosis Information: | 22. Expected Follow-up Services include: | Next Appt(s): MD 09/03/24 12:00 PM |
|---|---|---|
| | [✓] Evaluation by the treating doctor on 9/3/2024 at 12:00PM | |
| | [ ] Referral to/consult with _____ on _____ at _____ | |
| | [ ] Physical medicine ___ X per week for ___ weeks starting on _____ at _____ | |
| | [ ] Special studies (list): _____ on _____ at _____ | |
| | [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated. | |

| Date /Time of Visit: 8/20/2024/4:39 PM | Employee's Signature | Visit Type: [ ] Initial [✓] Follow-up | Role of Health Care Practitioner: [ ] Treating doctor  [ ] Consulting doctor  [ ] Designated doctor  [ ] Referral doctor  [ ] PA |

## I. GENERAL INFORMATION

Date Sent (for transmission purposes only): 8/27/2024

| 1. Injured Employee's Name<br>James Green | 5a. Doctor's/Delegating Doctor's Name and Degree<br>Dr. Seena Rohani, DO | 5b. PA / APRN Name (if completing form)<br>Pamela Blanche, NP |
|---|---|---|
| 2. Date of Injury<br>7/29/2024 | 3. Social Security Number (last four) XXX-XX-0458 | 6. Facility Name<br>Houston East | 9. Employer's Name<br>Republic Services /Houston Container Maint. Shop/# |

| 4. Employee's Description of Injury/Accident<br>Patient states he was repeatedly hitting a container with a sledge hammer when he felt pain in his back and fell down. Patient has pain in his upper and lower back, left knee, and his right hand. | 7. Facility/Doctor Phone and Fax Numbers<br>p: 713-453-7788  f:713-453-3424 | 10. Employer's Fax Number or Email Address (if known) 713-671-1572 |
|---|---|---|
| | 8. Facility/Doctor Address (Street, City, State, ZIP Code)<br>Nova Medical Centers - Houston East<br>13469 I-10 East<br>Houston TX, 77015 | 11. Insurance Carrier<br>CCMSI |
| | | 12. Carrier's Fax Number or Email Address (if known) na |

## II. WORK STATUS INFORMATION (Fully complete one box including estimated dates, and a description in 13c, if applicable)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ a) will allow the employee to return to work as of _____ without restrictions; OR

☑ b) will allow the employee to return to work as of 8/27/2024 with the restrictions identified in PART III, which are expected to last through 9/10/2024 ; OR

☐ c) has prevented and still prevents the employee from returning to work as of _____ and is expected to continue through _____.The following describes how this injury prevents the employee from returning to work:

## III. ACTIVITY RESTRICTIONS (Only complete if box 13b is checked)

**14. Posture Restrictions (if any):**

Max hours per day   0  2  4  6  8  Other:

| | |
|---|---|
| Standing | ☐☐☐☐☐ |
| Sitting | ☐☐☐☐☐ |
| Kneeling/squatting | ☐☐☐☐☐ |
| Bending/stooping | ☐☐☐☐☐ 1 |
| Pushing/pulling | ☐☐☐☐☐ 1 |
| Twisting | ☐☐☐☐☐ 1 |
| Other: | |

**15. Restrictions Specific To (if applicable):**

☐ Left hand/wrist   ☑ Left leg
☑ Right hand/wrist   ☐ Right leg
☐ Left arm   ☑ Back
☐ Right arm   ☐ Left foot/ankle
☐ Neck   ☐ Right foot/ankle
Other:

**17. Motion Restrictions (if any):**

Max hours per day   0  2  4  6  8  Other:

| | |
|---|---|
| Walking | ☐☐☐☐☐ |
| Climbing stairs/ladders | ☐☐☐☐☐ 1 |
| Grasping/squeezing | ☐☐☐☐☐ 1 |
| Wrist flexion/extension | ☐☐☐☐☐ |
| Reaching | ☐☐☐☐☐ |
| Overhead reaching | ☐☐☐☐☐ |
| Keyboarding | ☐☐☐☐☐ |
| Other: | |

**18. Lift/Carry Restrictions (if any):**

☑ May not lift/carry objects more than 10 lbs. for more than 8 hours per day.

☐ May not perform any lifting/carrying.

Other:

**19. Misc. Restrictions (if any):**

Max hours per day of work:
☐ Sit/stretch breaks of _____ per _____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☑ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No skin contact with:
☐ No running
☐ Dressing changes necessary at work

☐ No work / _____ hours/day work:
  ☐ in extreme hot/cold environments
  ☐ at heights or on scaffolding
☐ Must keep _____
  ☐ elevated   ☐ clean & dry

16. Other Restrictions (if any)
avoid ladders and use of right hand

Attachment E,

**20. Medication Restrictions (if any):**
☑ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☑ Medication may make drowsy (possible safety/driving issues)

## IV. TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

| 21. Work Injury Diagnosis Information: | 22. Expected Follow-up Services Include: | Next Appt(s):  MD 09/10/24 9:30 AM |
|---|---|---|

21. Work Injury Diagnosis Information:
Sprain of ligaments of thoracic spine, subsequent encounter S23.100D
Sprain of ligaments of lumbar spine, subsequent encounter S33.5XXD
Muscle spasm of back M62.830
Contusion of RIGHT hand, subsequent encounter S60.221D
Sprain of lateral collateral ligament of LEFT knee, subsequent encounter S83.422D
Contusion of LEFT knee, subsequent encounter S80.02XD
Pain in RIGHT hand M79.641
Pain in LEFT knee M25.562

22. Expected Follow-up Services Include:

☑ Evaluation by the treating doctor on 9/10/2024 at 9:30AM

☐ Referral to/consult with _____ on _____ at _____

☐ Physical medicine _____ X per week for _____ weeks starting on _____ at _____

☐ Special studies (list): _____ on _____ at _____

☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

| Date /Time of Visit:<br>8/27/2024/9:39 AM | Employee's Signature | Visit Type:<br>☐ Initial<br>☑ Follow-up | Role of Health Care Practitioner:<br>☐ Treating doctor ☐ Consulting doctor ☐ Designated<br>☐ Referral doctor ☐ PA               doctor<br>☐ RME doctor ☑ APRN ☐ Other doctor |
|---|---|---|---|
| Discharge Time:<br>10:01 AM | Health Care Practitioner's Signature / License #<br>143114 | | |

3:22 ·    ·    ·    ·    ·    ·    ·    5GUC 37%

←   (713) 875-..   📞   🎥   ⋮

There's no phones to answer, no routing calls and There's no taking messages,the women sort the clothes

donations,I've been fixing tables for two days,doing what the doctor told me not to do,

⊕   🖼   Text me... ☺   ᐧ�006ᐧ

*Handwritten margin notes:*

3:22 pm

Wednesday Aug 21, 2024

Call Log For Nore Hodges

Attachment F

page 4

713 875-2372 → Nora Hodges



Wednesday 21, 2024
3:22 pm

Wednesday 21, 2024
11:58 pm

Attachment
F

page # 2

3:22 · (713) 875-...

women sort the clothes donations,I've been fixing tables for two days,doing what the doctor told me not to do,

Wednesday, Aug 21 · 11:58 PM

Thanks. I will get back with you shortly.

 Text me...





Nora Hodges
Call Log

Attachment
F

page
3



To Whom it May Concern,

I Richard Parks was asked to write a statement on an Incident I witness while working, I was right there when it all took place.

As I was waiting for the fork lift to move my cans, James was finishing up moving cans in his area. As he finished He was full aware that I was waiting on Him therefore he was bringing the fork lift to me in front of my area where I was standing. As he was getting off the forklift I was getting ready to get on, Sean Jones walked to my area and demand the for lift, James told him I was already waiting for it. At that time Sean begin to curse toward James and said he didn't care who was next he demand the forklift And begin continuieng to used curse words toward James. By that time Mr. Charli and Cameron was arriving in the area then more words was exchange in front of them which should not have been said on the Job as for it to Hurting someone. Sean threaling James with threating word to hurt him and refused to obey Mr. Charli + Cameron as they were

Attachment G.

#1

Trying to get a hole of this situation by moving toward Mr. James Finilly this situation slowed down and they was able to talk with both parties. I wasn't the only one who also witness this ~~car~~ incident Shane Also witnessed it as he was also waiting. Sad to sAy this is not the first time Sean as acted in this manor toward other co-Workers in the shop, but I'm thankfull Know one was hurt and that our supervisons witness this first handand was Able to handlu this situation.

Attachment G,

page #2



*(handwritten, left margin, vertical)* X Call Charles to see if I were to reesign to a new Job Sep 6, 11:53 Am 2024

X

**‹**  ©  **Charles/work Supe...**  ⓘ
+1 832-309-8414 ✓

Number Verified

**Monday, September 9**

 **12:48 PM**
Missed call

**Friday, September 6**

📞 **11:53 AM**
Outgoing call, 8 mins 0 sec

**9:29 AM**
Missed call

**Thursday, August 22**

**4:13 PM**
Missed call

**Tuesday, August 6**

 **8:35 AM**
Incoming call, 1 min 16 secs

☆ Favorites    ‹ Share    🚫 Block    🗑 Delete

||| ○ ‹

*(handwritten, right margin)* Attachment H. Charlie Wallke Call log From James   Green Phone

09/09/2024

James Green
5100 Barbers Hill Road
Baytown, Tx 77521

Re: Separation of Employment

Dear James:

As you know, you were placed on light duty status on July 29, 2024. At that time, we accommodated your duties based on your restrictions through Transition2Work (non-profit) and the Container Shop.

You informed us by text and via phone on August 22, 2024, that you would not be returning to Transition2Work. At that time following the conversation, you were instructed by Charlie Walker, Container Shop Manager, and me, that you needed to report to the Container Shop for work at your normally scheduled start time.

The last text and phone call in which you spoke with Charlie was on September 6, 2024, and again at that time he reiterated that you needed to report to work at the Container Shop on Monday, September 9, 2024.

Due to you failing to report to work since August 22, 2024, and not attending your weekly Nova appointment on September 3, 2024, your employment with Republic is being separated effective today, September 9, 2024.

Please contact Charlie Walker to plan to return your uniforms and retrieve any personal items you may have at the Container Shop.

If you have any questions regarding this letter, please do not hesitate to contact me at 713-875-2372. Thank you for your service and best wishes for the future.

Sincerely,

*Nora Hodge*
Nora Hodges
Human Resources

*Attachment
I.*

# Littler

Littler Mendelson, P.C.
100 Congress Avenue
Suite 1400
Austin, TX 78701

Nicole S. LeFave
512.982.7261 direct
512.982.7250 main
512.982.7248 fax
nlefave@littler.com

March 20, 2025

**Via Respondent Portal & Email: CHRISTINA.HERNANDEZ@EEOC.GOV**

Christina Hernandez
U.S. Equal Employment Opportunity Commission
Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas, Texas 75202

Re:     **EEOC Charge No. 460-2025-01827**
        Charging Party: *James F. Green*
        Respondent: *Republic Services, Inc.*

Dear Ms. Hernandez:

This letter serves as the Statement of Position of Respondent Republic EES, LLC[1] ("Republic" or "the Company"), submitted in response to the above-referenced Charge of Discrimination, filed by Mr. James F. Green ("Mr. Green" or "Charging Party") on December 23, 2024 ("the Charge").[2]

---

[1] Mr. Green identifies Respondent as "Republic Services." Respondent's correct name is Republic EES, LLC.

[2] This Statement of Position, while believed to be accurate, does not constitute an affidavit or a binding statement of the Company's legal position, nor is it intended to be used as evidence in a court or other proceeding unrelated to the Commission's efforts to investigate the Charge and make a determination. This Statement of Position is based upon Republic's understanding of the facts and the information reviewed thus far. This Statement of Position is submitted for the purpose of aiding the Commission in its investigation and facilitating the informal resolution of these matters and is therefore inadmissible pursuant to Rule of Evidence 408 of both the Federal and Texas Rules of Evidence. Because additional facts likely would be uncovered through discovery, the Company in no way waives its right to present new or additional information at a later date, for substance or clarification. Moreover, by responding to the Charge, the Company does not waive, and hereby preserves, any and all substantive and procedural defenses that may exist to the Charge and the Charging Party's allegations. The Company requests that any efforts to contact its current or former managers be directed through its counsel. The information and accompanying documentation contained herein, and that which may be submitted hereafter, is strictly confidential and not to be used for any purpose other than the resolution of the current Charge and it may not be disclosed publicly. *See* 42 U.S.C. §§ 2000e-5(b); 2000e-8(e); 29 C.F.R. §§ 1601.22, 1601.26. To the extent Charging Party is in receipt of this information or accompanying documentation, Charging Party is advised that this information is strictly confidential and should not be disclosed publicly or to any individual unless they have a privileged relationship with that individual. Information and

Attachment
J

littler.com

Ms. Christina Hernandez
March 20, 2025
Page 4

forklift. As Mr. Green was dropping the forklift off, Mr. Sean Jones, another welder (White, 27 years old), walked up to him and demanded to use the forklift. A heated exchange took place between the two, and while Mr. Jones started to walk away, Mr. Green made an unknown comment to Mr. Jones, and Mr. Jones turned around and got into Mr. Green's personal space, prompting Mr. Walker, Container Shop Manager, to intervene and separate the two.

Prior to this incident, Mr. Green had not reported any harassment from Mr. Jones to anyone at Republic or via Republic's AWARE Line. While Mr. Green complained to Mr. Walker on occasion regarding Mr. Jones bossing the other welders around, Mr. Green never made any allegations of race- or age-based harassment or threats of physical violence, contrary to the allegations in his Charge.

There were a number of witnesses to the April 24, 2024 exchange, including supervisors Mr. May and Mr. Walker, and the exchange was captured on security footage. Following the incident, Mr. Richard Parks, another welder who witnessed the incident, sent an email complaint to Steven Salazar, Operations Clerk. Mr. Walker separately reported the incident to HR Manager Nora Hodges. Ms. Hodges and Mr. Salazar initiated an internal investigation into the incident, collecting written statements, interviewing Mr. Green, Mr. Jones and the witnesses to the incident, as well as reviewing the video footage. Witnesses were not able to provide a consistent narrative about what Mr. Green said prior to Mr. Jones turning around and walking back towards Mr. Green, however, they all agreed that Mr. Jones had cursed at Mr. Green when he turned back around and that Mr. Jones got into Mr. Green's personal space. In the course of this investigation, Mr. May noted that the two welders had several disagreements in the past, all involving use of the forklift; however, these past interactions never escalated to yelling or getting into each other's personal space.

As a result of his inappropriate conduct, Mr. Jones was issued a final written warning. Mr. Green did not receive any disciplinary action.

After the April 24, 2024 incident, there were no other reported or observed issues between Mr. Green and Mr. Jones. However, three months later, in July 2024, Ms. Hodges, received a new complaint about Mr. Jones, specifically that he had confronted a different welder, Jesus Cortes, cursing at him and making threats. Ms. Hodges investigated the incident, confirmed the allegations against Mr. Jones, and Mr. Jones was terminated from employment on July 22, 2024 because of this conduct.

### C.     Mr. Green Is Terminated for Failure to Report to Work

On July 29, 2024, Mr. Green suffered an on-the-job injury when he was hitting a container with a sledgehammer, causing him prolonged back pain necessitating medical attention.

littler.com

EEOC No. 460-2025-01827 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 460-2025-01827 |
| Texas Workforce Commission Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mr. James F. Green

Phone No.:      832-272-9390
Year of Birth:      1958
Mailing Address: 5100 Barbers Hill Rd.
BAYTOWN, TX 77521

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Republic Services
No. Employees, Members: 501+ Employees
Phone No.:
Mailing Address: 18500 n. Allied Way Phoenix,Az
PHOENIX, AZ 85054, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Age, Race, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 09/09/2024
Latest: 09/09/2024

THE PARTICULARS ARE:

I was hired by Republic Services as a welder on or about July 15, 2022, carrying shortly after I started working, I began being harassed by Mr. Jones, a fellow welder who was a White, male in his mid-20s. Mr. Jones would tell me I was too old to be working there, threatened to beat me up every other day and once, placed a confederate flag on my desk. I reported Mr. Jones over 10 times to the supervisors, but nothing was done.

In or about July 2024, Mr. Jones was caught on video harassing and threatening me, telling me he would whoop my ass. It was so bad other coworkers called Human Resources, and the supervisors even had to get in between us. After this incident, HR investigated and took my statement. Mr. Jones was told that if he violated policy one more time he would be fired. A week later Mr. Jones threatened another employee and was terminated.

On or about July 29, 2024, I suffered an on-the-job injury. I was placed on light duty and outsourced to another location. I was supposed to be answering phones but there were no phones, and I was tasked with lifting tables and repairing them. That task was outside of my doctor's orders and after two days of working on the tables I returned to the doctor and was told not to return to that task.

EEOC Form 5 (06/24)                                                                                     Page 1 of 4

*Attachment K*

EEOC No. 460-2025-01827 | FEPA No.

I was returned to light duty, but on or about September 9, 2024, I was terminated. I was told that I missed a doctor's appointment and that was grounds for termination. I believe my termination was in retaliation for filing a complaint against Mr. Jones.

I believe I was harassed, retaliated against and terminated based on my Race (Black), Age (66), and participating in a protected activity in violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967 (ADEA).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mr. James F. Green

12/23/2024

Charging Party Signature & Date

---

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary

Printed Name

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/28/2026

**To:** Mr. James F. Green
5100 Barbers Hill Rd.
BAYTOWN, TX 77521
Charge No: 460-2025-01827

EEOC Representative and email:     DEIRDRE ARTHUR-REED
INVESTIGATOR
DEIRDRE.ARTHUR-REED@EEOC.GOV

---

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of the EEOC's official notice of dismissal. Otherwise, your right to sue based on the above-numbered charge will be lost.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2025-01827.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
04/28/2026
Rayford O. Irvin
District Director

**Cc:**
Ashley Kasarjian
Republic Services, Inc. (Republic Services, Inc. (Corporate HQ))
18500 N ALLIED WAY STE 100 18500 N ALLIED WAY, STE 100
Phoenix, AZ 85054

NA NA
18500 n. Allied Way Phoenix,Az
PHOENIX, AZ 85054

Pia Reyes
Littler Mendelson, PC
100 CONGRESS AVE STE 1400
Austin, TX 78701

D'Ann Pate
Littler Mendelson, PC
100 CONGRESS AVE STE 1400
Austin, TX 78701

Nicole LeFave
Littler Mendelson, P.C.
100 CONGRESS AVE STE 1400
Austin, TX 78701

Emily Linn
Littler Mendelson, PC
100 CONGRESS AVE STE 1400
Austin, TX 78701

Please retain this Notice for your records.